IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

SHMICHAEL CONLEY     PLAINTIFF
*as next of kin and next of friend of Leander Webb,*
*Deceased, and on behalf of all other Wrongful Death Beneficiaries*

VS.     CIVIL ACTION NO. 3:22CV144 M-P

TIMOTHY M. SCOTT,     DEFENDANTS
TFORCE FREIGHT, INC.,
UPS GROUND FREIGHT, INC.,
JOHN DOES PERSON(S) 1-10 and
JOHN DOE ENTITY(IES) 1-10

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled [11]. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 7th day of September 2022.

                                       /s/ MICHAEL P. MILLS
                                       **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**